# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| GUS REDDING,<br><br>        Plaintiff,<br><br>v.<br><br>SOC, LLC,<br><br>        Defendant. | Case No. 2:19-cv-00412-JCM-EJY<br><br>**ORDER RESETTING EARLY NEUTRAL EVALUATION** |

This matter has been referred to the undersigned magistrate judge to conduct an Early Neutral Evaluation ("ENE") as outlined in LR 16-6. The ENE scheduled for **Monday, August 26, 2019**, in the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada is hereby reset as follows:

Plaintiff must report to the chambers of the undersigned United States Magistrate Judge, Room 3099, at **9:30 a.m.** Defendant must report to the chambers of the undersigned at **10:00 a.m.** The written evaluation statements must be submitted directly to my chambers, Room 3099, by **4:00 p.m.** on **Monday, August 19, 2019**. All other provisions of the court's previous order (ECF No. 19) regarding the ENE remain in effect.

DATED: August 12, 2019

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE