Richard S. Segerblom, State Bar No. 1010
701 E. Bridger Ave., Ste. 520
Las Vegas, Nevada 89101
(702) 388-9600
rsegerblom@lvcoxmail.com

Esha Rajendran
Jay D. Ellwanger
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
(737) 808-2260
erajendran@equalrights.law
jellwanger@equalrights.law
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GUS REDDING, | Case No. 2:19-cv-00412-JCM-GWF |
| Plaintiff, | **JOINT STIPULATION TO RESCHEDULE EARLY NEUTRAL EVALUATION** |
| v. | |
| SOC, LLC | |
| Defendant, | |

Plaintiff, GUS REDDING ("Plaintiff"), by and through his undersigned counsel, ELLWANGER LAW LLLP and RICHARD SEGERBLOM, LTD, and Defendant, SOC, LLC ("Defendant"), by and through their undersigned counsel, Howard E. Cole, Esq. and Jennifer K. Hostetler, Esq., of the law firm of LEWIS ROCA ROTHGERBER CHRISTIE LLP, submit to the Court the following Joint Stipulation to Reschedule the Early Neutral Evaluation ("ENE") for Monday, October 28, 2019.

///

///

Parties agree that the written evaluation statements must be submitted by 4:00 p.m. on Monday, October 21, 2019.

Dated: September 4, 2019

Respectfully Submitted,

| LEWIS ROCA ROTHGERBER CHRISTIE LLP | RICHARD SEGERBLOM, LTD. |
|---|---|
| /s/ Howard E. Cole<br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy<br>Suite 600<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant SOC, LLC* | /s/ Richard S. Segerblom<br>RICHARD S. "TICK" SEGERBLOM<br>Nevada Bar No. 1010<br>702 East Bridger Ave.<br>Suite 520<br>Las Vegas, NV 89101 |
| | ELLWANGER LAW LLLP |
| | /s/ Jay D. Ellwanger<br>JAY D. ELLWANGER<br>Texas Bar No. 24036522<br>ESHA RAJENDRAN<br>Texas Bar No. 24105968<br>8310-1 N. Capital of Texas Hwy.<br>Suite 190<br>Austin, Texas 78731<br>*Attorneys for Plaintiff Gus Redding* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 6, 2019