Howard E. Cole
Nevada Bar No. 4950
Jennifer K. Hostetler
Nevada Bar No. 11994
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV 89169
Tel: 702-949-8200
E-mail: hcole@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Defendant*
*SOC, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GUS REDDING, | Case No.: 2:19-cv-00412-JCM-EJY |
| Plaintiff, | **STIPULATION TO SET CONTINUED EARLY NEUTRAL EVALUATION SESSION** |
| vs. | |
| SOC, LLC | |
| Defendant. | |

Pursuant to the Court's request on February 19, 2020 (ECF No. 35), the parties, through their undersigned counsel of record, file this Stipulation to Set Continued Early Neutral Evaluation Session. The parties have conferred and have identified dates the parties are available for a continued Early Neutral Evaluation Session with Magistrate Judge Brenda Weksler. The parties request that the Court set the continued Early Neutral Evaluation Session

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

110585813.1

for this matter on either May 13, 2020 or May 14, 2020.

Dated this 26th day of February, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP

BY: /s/ Jennifer K. Hostetler
    HOWARD E. COLE
    JENNIFER K. HOSTETLER
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, Nevada 89169

*Attorneys for Defendant SOC, LLC*

RICHARD SEGERBLOM, LTD.

BY: /s/ Richard S. Segerblom
    RICHARD S. "TICK" SEGERBLOM
    Nevada Bar No. 1010
    702 East Bridger Ave.
    Suite 520
    Las Vegas, Nevada 89101

ELLWANGER LAW LLLP

BY: /s/ Jay D. Ellwanger
    JAY D. ELLWANGER
    Texas Bar No. 24036522
    ESHA RAJENDRAN
    Texas Bar No. 24105968
    8310-1 N. Capital of Texas Hwy.
    Suite 190
    Austin, Texas 78731

*Attorneys for Plaintiff Gus Redding*

## ORDER

IT IS SO ORDERED.

The continued Early Neutral Evaluation Session is scheduled for 5/13/2020.
Plaintiff to report to Judge Weksler's chambers at 9:00 a.m. Defendant to report at 9:30 a.m.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/27/2020

2

110585813.1