Howard E. Cole
Nevada Bar No. 4950
Jennifer K. Hostetler
Nevada Bar No. 11994
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702-949-8200
E-mail:  hcole@lrrc.com
E-mail:  jhostetler@lrrc.com

*Attorneys for Defendant
SOC, LLC*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| GUS REDDING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SOC, LLC<br><br>　　　　Defendant. | Case No.: 2:19-cv-00412-JCM-EJY<br><br>**STIPULATION TO VACATE CONTINUED EARLY NEUTRAL EVALUATION SESSION** |

　　　　Plaintiff Gus Redding ("Plaintiff") and Defendant SOC, LLC ("Defendant") stipulate as follows:

　　　　1.　　The parties attended an Early Neutral Evaluation in the above-captioned matter on October 28, 2019 before Magistrate Judge Brenda Weksler.  (ECF No. 27).  The parties did not settle but indicated a desire to "continue negotiating."  (*Id.*)

　　　　2.　　During a status conference before Magistrate Judge Weksler on February 19, 2020 (ECF No. 35), the parties agreed to attend another Early Neutral Evaluation Session and thereafter submitted a Stipulation to Set Continued Early Neutral Evaluation Session (ECF No. 36).

　　　　3.　　Based upon the stipulation of the parties, Magistrate Judge Weksler ordered the continued Early Neutral Evaluation Session to take place on May 13, 2020.  (ECF No. 37).

　　　　4.　　Since February 19, 2020, the parties have engaged in extensive discovery and have had an opportunity to discuss potential settlement.  Those discussions have led the parties to believe that this matter may be resolved in private mediation.

111119002.1

5. The parties have now agreed to mediate this matter before the Honorable Stewart L. Bell (Ret.). The mediation is currently scheduled for August 5, 2020.

6. In light of the mediation, the parties request that the continued Early Neutral Evaluation Session be vacated.

Dated this 1st day of May, 2020.        Dated this 1st day of May, 2020.

LEWIS ROCA ROTHGERBER CHRISTIE LLP        ELLWANGER LAW LLLP

BY: /s/ Jennifer K. Hostetler
   HOWARD E. COLE
   JENNIFER K. HOSTETLER
   3993 Howard Hughes Pkwy., Ste. 600
   Las Vegas, Nevada 89169

*Attorneys for Defendant*
*SOC, LLC*

BY: /s/ Jay D. Ellwanger
   JAY D. ELLWANGER
   Texas Bar No. 24036522
   ESHA RAJENDRAN
   Texas Bar No. 24105968
   8310-1 N. Capital of Texas Hwy.
   Suite 190
   Austin, Texas 78731

RICHARD S. "TICK" SEGERBLOM
Nevada Bar No. 1010
702 East Bridger Ave.
Suite 520
Las Vegas, Nevada 89101

*Attorneys for Plaintiff Gus Redding*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 5/4/2020

2

111119002.1