Richard S. Segerblom, State Bar No. 1010
701 E. Bridger Ave., Ste. 520
Las Vegas, Nevada 89101
(702) 388-9600
rsegerblom@lvcoxmail.com

Jay D. Ellwanger
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
(737) 808-2260
jellwanger@equalrights.law
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| GUS REDDING, | Case No. 2:19-cv-00412-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | |
| SOC, LLC | |
| Defendant, | |

Plaintiff Gus Redding ("Plaintiff") and Defendant SOC, LLC ("Defendant"), hereby stipulate and agree as follows:

1. Plaintiff and Defendant agree to a two-week extension on Plaintiff's response to Defendant's Motion for Summary Judgment (ECF No. 64) and Defendant's reply brief to Plaintiff's response.

2. Plaintiff's response to Defendant's Motion for Summary Judgment (ECF No. 64) is due January 4, 2021.

3. Defendant's reply brief is due January 18, 2021.

| | |
|---|---|
| Dated: December 16, 2020 | Respectfully Submitted, |
| LEWIS ROCA ROTHGERBER CHRISTIE LLP | RICHARD SEGERBLOM, LTD. |
| /s/ Howard E. Cole<br>HOWARD E. COLE<br>Nevada Bar No. 4950<br>JENNIFER K. HOSTETLER<br>Nevada Bar No. 11994<br>3993 Howard Hughes Pkwy<br>Suite 600<br>Las Vegas, Nevada 89169 | /s/ Richard S. Segerblom<br>RICHARD S. "TICK" SEGERBLOM<br>Nevada Bar No. 1010<br>702 East Bridger Ave.<br>Suite 520<br>Las Vegas, Nevada 89101<br><br>ELLWANGER LAW LLLP |
| *Attorneys for Defendant SOC, LLC* | /s/ Jay D. Ellwanger<br>JAY D. ELLWANGER<br>Texas Bar No. 24036522<br>8310-1 N. Capital of Texas Hwy.<br>Suite 190<br>Austin, Texas 78731<br><br>*Attorneys for Plaintiff Gus Redding* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 18, 2020