Howard E. Cole
Nevada Bar No. 4950
Jennifer K. Hostetler
Nevada Bar No. 11994
Erik J. Foley
Nevada Bar No. 14195
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Pkwy, Suite 600
Las Vegas, NV  89169
Tel: 702-949-8200
E-mail: hcole@lrrc.com
E-mail: jhostetler@lrrc.com

*Attorneys for Defendant
SOC, LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GUS REDDING,<br><br>    Plaintiff,<br><br>vs.<br><br>SOC, LLC<br><br>    Defendant. | Case No.: 2:19-cv-00412-JCM-EJY<br><br>**STIPULATION AND ORDER REGARDING SOC LLC'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1, Plaintiff Gus Redding ("Plaintiff") and Defendant SOC, LLC ("Defendant"), hereby stipulate and agree as follows:

1.    On November 30, 2020, Defendant filed its Motion for Summary Judgment.  ECF No. 64.

2.    On December 18, 2020, the parties agreed to modify the briefing schedule such that Plaintiff's response to the Motion for Summary Judgment would be due no later than January 4, 2021 and Defendant's reply brief to Plaintiff's response would be due January 18, 2021. ECF No. 69.

3.    Plaintiff filed his response to Defendant's Motion for Summary Judgment on January 4, 2021.  ECF No. 70.

4.    The parties agree to further modify the briefing schedule so that Defendant's reply brief to Plaintiff's response to the Motion for Summary Judgment is due on January 29, 2021.

5.    This is the second stipulation modifying the briefing schedule on the Motion for

113249560.1

Summary Judgment. The parties affirm that the request for an extension and/or modification of the briefing schedule is made in good faith and not for the purpose of delay.

Dated this 7th day of January 2021                    Dated this 7th day of January 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP                    ELLWANGER LAW LLLP

BY: /s/ Jennifer K. Hostetler                          BY: /s/ Jay D. Ellwanger
  HOWARD E. COLE                                         JAY D. ELLWANGER
  Nevada Bar No. 4950                                    Texas Bar No. 24036522
  JENNIFER K. HOSTETLER                                  8310-1 N. Capital of Texas Hwy.
  Nevada Bar No. 11994                                   Suite 190
  ERIK J. FOLEY                                          Austin, Texas 78731
  Nevada Bar No. 14195
  3993 Howard Hughes Pkwy., Ste. 600                    RICHARD S. "TICK" SEGERBLOM
  Las Vegas, Nevada 89169                               Nevada Bar No. 1010
                                                         702 East Bridger Ave.
*Attorneys for Defendant*                                Suite 520
*SOC, LLC*                                               Las Vegas, Nevada 89101

                                                         *Attorneys for Plaintiff Gus Redding*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: January 13, 2021

113249560.1