Jay D. Ellwanger
**ELLWANGER LAW LLLP**
8310-1 N. Capital of Texas Highway, Ste. 190
Austin, Texas 78731
(737) 808-2260
jellwanger@equalrights.law
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GUS REDDING,<br><br>            Plaintiff,<br><br>v.<br><br>SOC, LLC<br><br>            Defendant, | Case No. 2:19-CV-412-JCM (EJY)<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER**<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 Plaintiff Gus Redding ("Plaintiff") and Defendant SOC LLC ("Defendant"), hereby stipulate and agree as follows:

1. On November 1, 2021 the Court denied Defendant's Motion for Summary Judgment. ECF No. 75.

2. Pursuant to the Joint Discovery Plan and Scheduling Order, the date for filing the joint pretrial order is 30 days after a decision on any dispositive motion, December 1, 2021. ECF No. 18.

3. The parties agree to extend the deadline to file the joint pretrial order from December 1, 2021 to December 15, 2021.

///

///

116082741.1

4. The parties affirm that the request for extension of the time to file is made in good faith and not for the purposes of delay.

Dated this 29th day of November 2021     Dated this 29th day of November 2021.

LEWIS ROCA ROTHGERBER CHRISTIE LLP     ELLWANGER LAW LLLP

BY: /s/ Jennifer K. Hostetler
    HOWARD E. COLE
    Nevada Bar No. 4950
    JENNIFER K. HOSTETLER
    Nevada Bar No. 11994
    ERIK J. FOLEY
    Nevada Bar No. 14195
    3993 Howard Hughes Pkwy., Ste. 600
    Las Vegas, Nevada 89169

*Attorneys for Defendant SOC, LLC*

BY: /s/ Jay D. Ellwanger
    JAY D. ELLWANGER
    Texas Bar No. 24036522
    8310-1 N. Capital of Texas Hwy.
    Suite 190
    Austin, Texas 78731

    RICHARD S. "TICK" SEGERBLOM
    Nevada Bar No. 1010
    702 East Bridger Ave.
    Suite 520
    Las Vegas, Nevada 89101

*Attorneys for Plaintiff Gus Redding*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: November 29, 2021

116082741.1